No. 7,131.—DORA C. PRYOR, Plaintiff and Appellant, v. L. J. BUNT, Defendant and Respondent.

Decided March 22, 1933.

PER CURIAM.—The motion of respondent to dismiss the appeal herein on the ground of appellant's failure to file transcript within sixty days after perfection of the appeal, or at all, is sustained and the appeal ordered dismissed.

*Mr. Edgar G. Worden* and *Mr. C. E. Baker,* for Appellant.

*Mr. Wm. M. Blackford,* for Respondent.